# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** Chiquita Brands International, Inc. Alien Tort Statute and Shareholder Derivative Litigation | MDL No. 1916 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation Plaintiffs in Re: Chiquita Brands International, Inc. Alien Tort Statute and Shareholder Derivative Litigation write to notify you of the potential tag along action listed on the attached Schedule of Action.

A docket sheet and complaint are attached.

Dated: May 22, 2018

Respectfully Submitted,

/s/ Terrence Collingsworth

Terrence Collingsworth
International Rights Advocates
621 Maryland Avenue NE,
Washington, DC, 20002
Tel: 202-543-5811
tc@iradvocates.org
*Counsel for Plaintiffs Does 1-144*